FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 17, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,
Plaintiff,

v.

CHARLES EMERSON L. SMITH,
Defendant.

No. 2:25-CR-00132-RLP-1

ORDER GRANTING MOTION TO DISMISS AND DIRECTING U.S. MARSHALS TO RELEASE DEFENDANT

***US Marshal Action Required***

Before the Court is the United States' Motion to Dismiss Indictment, pursuant to Federal Rule of Criminal Procedure 48(a). ECF No. 80. The Court grants the motion and orders the U.S. Marshals Service to release Mr. Smith from custody.

Accordingly, **IT IS HEREBY ORDERED**.

1. The United States' Motion to Dismiss Indictment, pursuant to Federal Rule of Criminal Procedure 48(a), ECF No. 80, is **GRANTED**.

2. All counts of the Indictment, ECF No. 29, in the above captioned matter are hereby dismissed without prejudice as to Charles Emerson L. Smith.

3. Any warrant previously issued for the arrest of Charles Emerson L. Smith in this matter is hereby quashed.

4. The U.S. Marshals Service shall release Charles Emerson L. Smith from custody.

The District Court Executive is hereby directed to enter this Order and furnish copies to counsel, the United States Probation Office, and the U.S. Marshals Service Office.

**DATED** August 17, 2026.

REBECCA L. PENNELL
United States District Judge